IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01676-REB-MEH

HAROLD JOHNSON,

     Plaintiff,

v.

ACADEMY COLLECTION SERVICE, INC., a Pennsylvania corporation,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 14, 2008.**

     The Stipulated Motion for Entry of Protective Order [filed October 6, 2008; docket #8] is **granted**. The Stipulated Protective Order in this matter is filed contemporaneously with this minute order.